

**NUMBER 13-07-00736-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**BETH ANN CAMPBELL,** **Appellant,**

**v.**

**CLIFFORD JAMES BARKER,** **Appellee.**

---

**On appeal from the County Court at Law
of Kleberg County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

This matter is before the Court on a defective notice of appeal and appellant's failure to correct the defect. On December 14, 2007 and February 15, 2008, the Court advised appellant that the notice of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d),(e) and requested correction of this defect within ten days.

*See* Tex. R. App. P. 25.1(d)(e), 37.1, 42.3(b),(c). Appellant responded on February 26, 2008, by filing a motion for continuance to obtain counsel. The Court granted appellant's request for a continuance and set an April 7, 2008 deadline for correcting the defect.

On October 31, 2008, the Court again advised appellant that the notice of appeal was not in compliance with the appellate rules, and informed appellant that the appeal would be dismissed if the defect was not cured after the expiration of ten days from the date of receipt of the Court's notice. Appellant has failed to correct the defect or otherwise respond to the Court's notices.

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Memorandum Opinion delivered and
filed this 5th day of February, 2009.